STATE OF CONNECTICUT *v.* LOUIS L'HEUREUX

The defendant's motion for review of rectification of appeal from the Superior Court in New Haven County is granted. The court did not err in correcting its judgment as it was printed in the original record on appeal.

*Jonathan E. Silbert,* in support of the motion.

Submitted February 25—decided March 7, 1974

NORMAN GRODY, ADMINISTRATOR, ET AL. *v.* GEORGE A. TULIN ET AL.

The plaintiffs' motion dated January 30, 1974, in the appeal from the Superior Court in Hartford County for a review by this court of the trial court's decision denying rectification of appeal is granted and the relief sought therein is denied.

*Joel M. Ellis,* in support of the motion.

*Robert L. Trowbridge* and *Louis B. Blumenfeld,* in opposition.

Submitted February 14—decided March 20, 1974

FRANK J. LONGO ET AL. *v.* SALVATORE MICUCCI

The defendant's motion for review of the order of the trial court terminating the stay of execution in the appeal from the Court of Common Pleas in Hartford County is granted and the relief sought therein is denied.

*Mark C. Yellin* and *Richard M. Rittenband,* in support of the motion.

*Alexander A. Goldfarb,* in opposition.